List of Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904011 | 4/1/2010 | 4/1/2010 | $ 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904012 | 4/1/2010 | 4/1/2010 | $ 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904022 | 4/2/2010 | 4/2/2010 | $ 615,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904023 | 4/2/2010 | 4/2/2010 | $ 495,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904051 | 4/5/2010 | 4/5/2010 | $ 290,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904052 | 4/5/2010 | 4/5/2010 | $ 45,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904061 | 4/6/2010 | 4/6/2010 | $ 242,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904062 | 4/6/2010 | 4/6/2010 | $ 205,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904083 | 4/8/2010 | 4/8/2010 | $ 260,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904084 | 4/8/2010 | 4/8/2010 | $ 262,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904085 | 4/8/2010 | 4/8/2010 | $ 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904086 | 4/8/2010 | 4/8/2010 | $ 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904092 | 4/9/2010 | 4/9/2010 | $ 335,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904093 | 4/9/2010 | 4/9/2010 | $ 805,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904122 | 4/12/2010 | 4/12/2010 | $ 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904123 | 4/12/2010 | 4/12/2010 | $ 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904131 | 4/13/2010 | 4/13/2010 | $ 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904132 | 4/13/2010 | 4/13/2010 | $ 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904142 | 4/14/2010 | 4/13/2010 | $ 123,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904143 | 4/14/2010 | 4/13/2010 | $ 355,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904152 | 4/15/2010 | 4/15/2010 | $ 187,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904153 | 4/15/2010 | 4/15/2010 | $ 283,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904162 | 4/16/2010 | 4/16/2010 | $ 793,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904163 | 4/16/2010 | 4/16/2010 | $ 578,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904192 | 4/19/2010 | 4/19/2010 | $ 185,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904193 | 4/19/2010 | 4/19/2010 | $ 215,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904202 | 4/20/2010 | 4/20/2010 | $ 175,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904203 | 4/20/2010 | 4/20/2010 | $ 315,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904212 | 4/21/2010 | 4/21/2010 | $ 161,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904222 | 4/22/2010 | 4/22/2010 | $ 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904223 | 4/22/2010 | 4/22/2010 | $ 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904232 | 4/23/2010 | 4/23/2010 | $ 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904233 | 4/23/2010 | 4/23/2010 | $ 630,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904262 | 4/26/2010 | 4/26/2010 | $ 267,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904263 | 4/26/2010 | 4/26/2010 | $ 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904272 | 4/27/2010 | 4/27/2010 | $ 255,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904273 | 4/27/2010 | 4/27/2010 | $ 41,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904285 | 4/28/2010 | 4/28/2010 | $ 110,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904286 | 4/28/2010 | 4/28/2010 | $ 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904294 | 4/29/2010 | 4/29/2010 | $ 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904295 | 4/29/2010 | 4/29/2010 | $ 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904305 | 4/30/2010 | 4/30/2010 | $ 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904306 | 4/30/2010 | 4/30/2010 | $ 145,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905035 | 5/3/2010 | 5/3/2010 | $ 31,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905036 | 5/3/2010 | 5/3/2010 | $ 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905042 | 5/4/2010 | 5/4/2010 | $ 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905043 | 5/4/2010 | 5/4/2010 | $ 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905052 | 5/5/2010 | 5/5/2010 | $ 92,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905053 | 5/5/2010 | 5/5/2010 | $ 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905061 | 5/6/2010 | 5/6/2010 | $ 71,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905072 | 5/7/2010 | 5/7/2010 | $ 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905073 | 5/7/2010 | 5/7/2010 | $ 112,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905102 | 5/10/2010 | 5/10/2010 | $ 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905112 | 5/11/2010 | 5/11/2010 | $ 57,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905122 | 5/12/2010 | 5/12/2010 | $ 51,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905132 | 5/13/2010 | 5/13/2010 | $ 66,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905142 | 5/14/2010 | 5/14/2010 | $ 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905171 | 5/17/2010 | 5/17/2010 | $ 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905191 | 5/19/2010 | 5/19/2010 | $ 68,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905202 | 5/20/2010 | 5/20/2010 | $ 102,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905212 | 5/21/2010 | 5/21/2010 | $ 123,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905242 | 5/24/2010 | 5/24/2010 | $ 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905252 | 5/25/2010 | 5/25/2010 | $ 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905262 | 5/26/2010 | 5/26/2010 | $ 70,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905272 | 5/27/2010 | 5/27/2010 | $ 74,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905282 | 5/28/2010 | 5/28/2010 | $ 256,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906012 | 6/1/2010 | 6/1/2010 | $ 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906022 | 6/2/2010 | 6/2/2010 | $ 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906032 | 6/3/2010 | 6/3/2010 | $ 70,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906042 | 6/4/2010 | 6/4/2010 | $ 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906082 | 6/8/2010 | 6/8/2010 | $ 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906092 | 6/9/2010 | 6/9/2010 | $ 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906102 | 6/10/2010 | 6/10/2010 | $ 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906112 | 6/11/2010 | 6/11/2010 | $ 155,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906151 | 6/15/2010 | 6/15/2010 | $ 60,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906161 | 6/16/2010 | 6/16/2010 | $ 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906182 | 6/18/2010 | 6/18/2010 | $ 20,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906211 | 6/21/2010 | 6/19/2010 | $ 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906221 | 6/22/2010 | 6/20/2010 | $ 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906232 | 6/23/2010 | 6/21/2010 | $ 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906242 | 6/24/2010 | 6/24/2010 | $ 20,000.00 |

EXHIBIT "A"
List of Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906252 | 6/25/2010 | 6/25/2010 | $ 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906282 | 6/28/2010 | 6/28/2010 | $ 10,000.00 |
| | | | | | |
| | | | | | |
| | | | | Total Transfers | $ 14,775,000.00 |