Exhibit "B"
Two Year Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---:|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907011 | 7/1/2008 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907021 | 7/2/2008 | 400,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907031 | 7/3/2008 | 1,050,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907071 | 7/7/2008 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907093 | 7/9/2008 | 430,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907102 | 7/10/2008 | 465,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907112 | 7/11/2008 | 750,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907142 | 7/14/2008 | 295,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907183 | 7/18/2008 | 420,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907212 | 7/21/2008 | 42,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907223 | 7/22/2008 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907225 | 7/23/2008 | 135,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907242 | 7/24/2008 | 160,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907251 | 7/25/2008 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907291 | 7/29/2008 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907312 | 7/31/2008 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908013 | 8/1/2008 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908041 | 8/4/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908051 | 8/5/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908052 | 8/5/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908071 | 8/7/2008 | 178,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908082 | 8/8/2008 | 650,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908112 | 8/11/2008 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908122 | 8/12/2008 | 400,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908141 | 8/14/2008 | 160,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908151 | 8/15/2008 | 615,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908181 | 8/18/2008 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908191 | 8/19/2008 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908211 | 8/21/2008 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908221 | 8/22/2008 | 220,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908251 | 8/25/2008 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908261 | 8/26/2008 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908271 | 8/27/2008 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908292 | 8/29/2008 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909021 | 9/2/2008 | 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909031 | 9/3/2008 | 330,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909052 | 9/5/2008 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909053 | 9/5/2008 | 685,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909091 | 9/9/2008 | 500,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909103 | 9/10/2008 | 400,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909122 | 9/12/2008 | 600,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909151 | 9/15/2008 | 255,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909164 | 9/16/2008 | 275,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909172 | 9/17/2008 | 400,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909192 | 9/19/2008 | 640,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909221 | 9/22/2008 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909233 | 9/23/2008 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909241 | 9/24/2008 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909254 | 9/25/2008 | 365,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909261 | 9/26/2008 | 375,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909301 | 9/30/2008 | 500,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910011 | 10/1/2008 | 650,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910023 | 10/2/2008 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910033 | 10/3/2008 | 565,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910103 | 10/10/2008 | 485,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910104 | 10/10/2008 | 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910143 | 10/14/2008 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910171 | 10/17/2008 | 525,000.00 |

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910204 | 10/20/2008 | 195,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910211 | 10/21/2008 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910221 | 10/22/2008 | 110,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910231 | 10/23/2008 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910243 | 10/24/2008 | 440,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910274 | 10/27/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910281 | 10/28/2008 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910292 | 10/29/2008 | 205,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910311 | 10/31/2008 | 425,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911033 | 11/3/2008 | 335,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911041 | 11/4/2008 | 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911051 | 11/5/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911072 | 11/7/2008 | 480,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911103 | 11/10/2008 | 375,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911124 | 11/12/2008 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911131 | 11/13/2008 | 145,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911142 | 11/14/2008 | 450,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911171 | 11/17/2008 | 225,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911172 | 11/17/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911191 | 11/19/2008 | 330,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911201 | 11/20/2008 | 135,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911211 | 11/21/2008 | 450,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911243 | 11/24/2008 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911253 | 11/25/2008 | 135,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911261 | 11/26/2008 | 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911282 | 11/28/2008 | 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912012 | 12/1/2008 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912021 | 12/2/2008 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912031 | 12/3/2008 | 225,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912043 | 12/4/2008 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912052 | 12/5/2008 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912083 | 12/8/2008 | 95,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912101 | 12/10/2008 | 115,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912123 | 12/12/2008 | 65,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912151 | 12/15/2008 | 205,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912161 | 12/16/2008 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912122 | 12/19/2008 | 235,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912193 | 12/19/2008 | 290,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912223 | 12/22/2008 | 15,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912231 | 12/23/2008 | 57,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912241 | 12/24/2008 | 295,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912295 | 12/29/2008 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912301 | 12/30/2008 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912312 | 12/31/2008 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901061 | 1/6/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901071 | 1/7/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901091 | 1/9/2009 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901121 | 1/12/2009 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901131 | 1/13/2009 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901152 | 1/15/2009 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901164 | 1/16/2009 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901213 | 1/21/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901214 | 1/21/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901221 | 1/22/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901222 | 1/22/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901232 | 1/23/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901261 | 1/26/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901271 | 1/27/2009 | 100,000.00 |

Exhibit "B"
Two Year Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901283 | 1/28/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901291 | 1/29/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901293 | 1/30/2009 | 340,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | WT013009 | 1/30/2009 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902025 | 2/2/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902033 | 2/3/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902062 | 2/6/2009 | 213,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902093 | 2/9/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902101 | 2/10/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902121 | 2/12/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902131 | 2/13/2009 | 328,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902173 | 2/17/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902181 | 2/18/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902201 | 2/20/2009 | 343,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902263 | 2/26/2009 | 245,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902273 | 2/27/2009 | 113,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903022 | 3/2/2009 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903031 | 3/3/2009 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903051 | 3/5/2009 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903062 | 3/6/2009 | 133,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903093 | 3/9/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903111 | 3/11/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903132 | 3/13/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903173 | 3/17/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903183 | 3/18/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903193 | 3/19/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903202 | 3/20/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903231 | 3/23/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903241 | 3/24/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903251 | 3/25/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903261 | 3/26/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903271 | 3/27/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903301 | 3/30/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903311 | 3/31/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904034 | 4/3/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904071 | 4/7/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904082 | 4/8/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904091 | 4/9/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904101 | 4/10/2009 | 165,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904161 | 4/16/2009 | 142,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904173 | 4/17/2009 | 142,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904201 | 4/20/2009 | 126,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904211 | 4/20/2009 | 126,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904231 | 4/23/2009 | 126,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904241 | 4/24/2009 | 126,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904282 | 4/28/2009 | 228,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904292 | 4/29/2009 | 162,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904302 | 4/30/2009 | 236,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905011 | 5/1/2009 | 475,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905051 | 5/5/2009 | 142,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905082 | 5/8/2009 | 175,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905111 | 5/11/2009 | 164,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905123 | 5/12/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905131 | 5/13/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905151 | 5/15/2009 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905182 | 5/18/2009 | 300,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905192 | 5/19/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905201 | 5/20/2009 | 200,000.00 |

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905211 | 5/21/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905223 | 5/22/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905261 | 5/26/2009 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905271 | 5/27/2009 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905281 | 5/28/2009 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905292 | 5/29/2009 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906043 | 6/4/2009 | 163,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906053 | 6/5/2009 | 163,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906081 | 6/8/2009 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906101 | 6/10/2009 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906123 | 6/12/2009 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906152 | 6/15/2009 | 142,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906162 | 6/16/2009 | 142,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906172 | 6/17/2009 | 142,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906192 | 6/19/2009 | 142,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906241 | 6/24/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906251 | 6/25/2009 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906261 | 6/26/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906292 | 6/29/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906302 | 6/30/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907012 | 7/1/2009 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907022 | 7/2/2009 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907032 | 7/3/2009 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907062 | 7/6/2009 | 160,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907073 | 7/7/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907082 | 7/8/2009 | 470,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907092 | 7/9/2009 | 194,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907103 | 7/10/2009 | 175,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX071009 | 7/10/2009 | 91,666.66 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0710-A | 7/10/2009 | 91,666.68 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0710-B | 7/10/2009 | 91,666.66 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907132 | 7/13/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX071309 | 7/13/2009 | 83,333.33 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0713-A | 7/13/2009 | 83,333.33 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0713-B | 7/13/2009 | 83,333.34 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907143 | 7/14/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907153 | 7/15/2009 | 414,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907162 | 7/16/2009 | 450,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907172 | 7/17/2009 | 385,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907201 | 7/20/2009 | 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907211 | 7/21/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907222 | 7/22/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907232 | 7/23/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907243 | 7/24/2009 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX072409 | 7/24/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0724-A | 7/24/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907272 | 7/27/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX072709 | 7/27/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX0727-A | 7/27/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907284 | 7/28/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907293 | 7/29/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907302 | 7/30/2009 | 230,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9907311 | 7/31/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908034 | 8/3/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908042 | 8/4/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908053 | 8/5/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908062 | 8/6/2009 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908072 | 8/7/2009 | 100,000.00 |

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908103 | 8/10/2009 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908114 | 8/11/2009 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908123 | 8/12/2009 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908134 | 8/13/2009 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908144 | 8/14/2009 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908171 | 8/17/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908193 | 8/19/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908197 | 8/19/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908202 | 8/20/2009 | 290,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908212 | 8/21/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908242 | 8/24/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908252 | 8/25/2009 | 140,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908262 | 8/26/2009 | 290,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908272 | 8/27/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908282 | 8/28/2009 | 1,040,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9908312 | 8/31/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909012 | 9/1/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909022 | 9/2/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909041 | 9/4/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909084 | 9/8/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909092 | 9/9/2009 | 295,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909102 | 9/10/2009 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909112 | 9/11/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909142 | 9/14/2009 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909152 | 9/15/2009 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909162 | 9/16/2009 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | AX091709 | 9/17/2009 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909181 | 9/18/2009 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909212 | 9/21/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909222 | 9/22/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909232 | 9/23/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909242 | 9/24/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909252 | 9/25/2009 | 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909282 | 9/28/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909292 | 9/29/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9909302 | 9/30/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910012 | 10/1/2009 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910054 | 10/2/2009 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910052 | 10/5/2009 | 139,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910062 | 10/6/2009 | 139,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910072 | 10/7/2009 | 319,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910082 | 10/8/2009 | 329,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910132 | 10/13/2009 | 200,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910136 | 10/13/2009 | 60,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910142 | 10/14/2009 | 225,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910152 | 10/15/2009 | 312,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910162 | 10/16/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910192 | 10/19/2009 | 157,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910202 | 10/20/2009 | 214,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910222 | 10/22/2009 | 142,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910225 | 10/22/2009 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910232 | 10/23/2009 | 422,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910262 | 10/26/2009 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910272 | 10/27/2009 | 227,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910282 | 10/28/2009 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910301 | 10/30/2009 | 535,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9910302 | 10/30/2009 | 100,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911022 | 11/2/2009 | 350,000.00 |

Exhibit "B"
Two Year Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911032 | 11/3/2009 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911042 | 11/4/2009 | 260,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911052 | 11/5/2009 | 158,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911062 | 11/6/2009 | 510,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911092 | 11/9/2009 | 328,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911102 | 11/10/2009 | 231,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911122 | 11/12/2009 | 259,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911125 | 11/12/2009 | 144,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911132 | 11/13/2009 | 500,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911161 | 11/16/2009 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911182 | 11/18/2009 | 16,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911192 | 11/19/2009 | 37,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911202 | 11/20/2009 | 66,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911232 | 11/23/2009 | 16,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911242 | 11/24/2009 | 32,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911252 | 11/25/2009 | 132,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9911301 | 11/30/2009 | 130,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912011 | 12/1/2009 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912022 | 12/2/2009 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912032 | 12/3/2009 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912042 | 12/4/2009 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912072 | 12/7/2009 | 38,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912081 | 12/8/2009 | 35,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912092 | 12/9/2009 | 178,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912102 | 12/10/2009 | 45,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912112 | 12/11/2009 | 250,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912142 | 12/14/2009 | 60,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912152 | 12/15/2009 | 73,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912162 | 12/16/2009 | 22,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912172 | 12/17/2009 | 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912182 | 12/18/2009 | 370,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912212 | 12/21/2009 | 165,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912222 | 12/22/2009 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912232 | 12/23/2009 | 60,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912282 | 12/28/2009 | 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9912302 | 12/30/2009 | 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901041 | 1/4/2010 | 87,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901051 | 1/5/2010 | 87,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901062 | 1/6/2010 | 87,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901081 | 1/8/2010 | 237,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901111 | 1/11/2010 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901122 | 1/12/2010 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901132 | 1/13/2010 | 82,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901142 | 1/14/2010 | 164,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901192 | 1/19/2010 | 126,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901201 | 1/20/2010 | 283,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901211 | 1/21/2010 | 63,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901253 | 1/25/2010 | 70,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901263 | 1/26/2010 | 46,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901272 | 1/27/2010 | 58,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901281 | 1/28/2010 | 58,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9901294 | 1/29/2010 | 58,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902012 | 2/1/2010 | 20,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902021 | 2/2/2010 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902032 | 2/3/2010 | 62,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902042 | 2/4/2010 | 212,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902052 | 2/5/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902082 | 2/8/2010 | 60,000.00 |

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902092 | 2/9/2010 | 20,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902102 | 2/10/2010 | 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902112 | 2/11/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902122 | 2/12/2010 | 145,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902162 | 2/16/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902172 | 2/17/2010 | 122,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902182 | 2/18/2010 | 41,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902192 | 2/19/2010 | 405,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902221 | 2/22/2010 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902232 | 2/23/2010 | 63,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902241 | 2/24/2010 | 130,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902252 | 2/25/2010 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9902262 | 2/26/2010 | 127,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903011 | 3/1/2010 | 10,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903021 | 3/2/2010 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903032 | 3/3/2010 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903042 | 3/4/2010 | 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903052 | 3/5/2010 | 195,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903082 | 3/8/2010 | 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903092 | 3/9/2010 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903102 | 3/10/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903112 | 3/11/2010 | 70,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903122 | 3/12/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903151 | 3/15/2010 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903153 | 3/15/2010 | 10,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903162 | 3/16/2010 | 135,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903172 | 3/17/2010 | 35,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903182 | 3/18/2010 | 32,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903192 | 3/19/2010 | 32,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903222 | 3/22/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903232 | 3/23/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903252 | 3/25/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903262 | 3/26/2010 | 160,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903292 | 3/29/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903302 | 3/30/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9903312 | 3/31/2010 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904011 | 4/1/2010 | 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904012 | 4/1/2010 | 400,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904022 | 4/2/2010 | 715,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904023 | 4/2/2010 | 495,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904051 | 4/5/2010 | 290,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904052 | 4/5/2010 | 45,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904061 | 4/6/2010 | 342,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904062 | 4/6/2010 | 205,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904083 | 4/8/2010 | 260,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904084 | 4/8/2010 | 262,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904085 | 4/8/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904086 | 4/8/2010 | 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904092 | 4/9/2010 | 335,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904093 | 4/9/2010 | 805,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904122 | 4/12/2010 | 150,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904123 | 4/12/2010 | 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904131 | 4/13/2010 | 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904132 | 4/13/2010 | 342,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904142 | 4/14/2010 | 265,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904143 | 4/14/2010 | 355,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904152 | 4/15/2010 | 329,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904153 | 4/15/2010 | 283,000.00 |

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904162 | 4/16/2010 | 793,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904163 | 4/16/2010 | 578,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904192 | 4/19/2010 | 185,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904193 | 4/19/2010 | 215,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904202 | 4/20/2010 | 175,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904203 | 4/20/2010 | 315,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904212 | 4/21/2010 | 161,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904222 | 4/22/2010 | 356,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904223 | 4/22/2010 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904232 | 4/23/2010 | 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904233 | 4/23/2010 | 630,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904262 | 4/26/2010 | 267,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904263 | 4/26/2010 | 170,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904272 | 4/27/2010 | 404,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904273 | 4/27/2010 | 41,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904285 | 4/28/2010 | 110,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904286 | 4/28/2010 | 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904294 | 4/29/2010 | 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904295 | 4/29/2010 | 190,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904305 | 4/30/2010 | 180,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9904306 | 4/30/2010 | 145,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905035 | 5/3/2010 | 31,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905036 | 5/3/2010 | 125,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905042 | 5/4/2010 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905043 | 5/4/2010 | 312,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905052 | 5/5/2010 | 92,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905053 | 5/5/2010 | 75,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905061 | 5/6/2010 | 213,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905072 | 5/7/2010 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905073 | 5/7/2010 | 254,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905102 | 5/10/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905112 | 5/11/2010 | 57,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905122 | 5/12/2010 | 51,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905132 | 5/13/2010 | 66,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905142 | 5/14/2010 | 350,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905171 | 5/17/2010 | 40,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905191 | 5/19/2010 | 68,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905202 | 5/20/2010 | 102,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905212 | 5/21/2010 | 123,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905242 | 5/24/2010 | 85,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905252 | 5/25/2010 | 90,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905262 | 5/26/2010 | 70,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905272 | 5/27/2010 | 74,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9905282 | 5/28/2010 | 256,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906012 | 6/1/2010 | 193,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906022 | 6/2/2010 | 193,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906032 | 6/3/2010 | 233,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906042 | 6/4/2010 | 210,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906082 | 6/8/2010 | 50,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906092 | 6/9/2010 | 205,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906102 | 6/10/2010 | 30,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906112 | 6/11/2010 | 280,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906151 | 6/15/2010 | 60,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906161 | 6/16/2010 | 80,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906182 | 6/18/2010 | 162,500.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906211 | 6/21/2010 | 25,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906221 | 6/22/2010 | 235,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906232 | 6/23/2010 | 175,000.00 |

Exhibit "B"
Two Year Transfers

| Debtor Transferor | Defendant | Check #, Wire or ACH | Check Date | Amount |
|---|---|---|---|---|
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906242 | 6/24/2010 | 20,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906252 | 6/25/2010 | 120,000.00 |
| Arrow Air, Inc. | WORLD FUEL SERVICES CORPORATION | 9906282 | 6/28/2010 | 10,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **Total Transfers** |  | **$ 86,149,000.00** |